THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CLINT CLEMENTS AS ASSIGNEE OF VERDUN PROPERTIES, LLC, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:16-cv-710 |
| NORTHFIELD INSURANCE COMPANY AND LAURIE MOORE, | § § § § § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff and Defendants file this Joint Motion to Dismiss with Prejudice and respectfully state:

Based on the representations and evidence submitted by Defendant Northfield in connection with its Motion for Summary Judgment, Plaintiff has agreed to dismissal of this action with each party to bear its own fees and costs.

**WHEREFORE**, Plaintiff and Defendants jointly move this Court for an Order dismissing Plaintiff's claims and causes of action against Defendants, with prejudice to the refiling of same.

Respectfully submitted,

By: */s/ David L. Chumbley*
    David L. Chumbley
    Texas Bar No. 24032069
    davidchumbleypc@gmail.com

**LAW OFFICES OF DAVID L. CHUMBLEY, P.C.**
400 Chisholm Place, Suite 101
Plano, TX 75075
Telephone:    972-516-8808
Facsimile:    972-516-8819

**ATTORNEY FOR PLAINTIFF CLINT CLEMENTS AS ASSIGNEE OF VERDUN PROPERTIES, LLC**

 -and-

By: */s/ Jon Wyatt*
    Jon Wyatt
    Texas Bar No. 24039250
    Jonwyatt77@gmail.com

Attorney at Law
6006 Worth Street, No. 5
Dallas, TX 75214
Telephone:    972-974-5896

**LOCAL COUNSEL FOR PLAINTIFF CLINT CLEMENTS AS ASSIGNEE OF VERDUN PROPERTIES, LLC**

 -and-

By: */s/ Jennifer L. Gibbs*
James W. Holbrook, III
Texas Bar No. 24032426
jholbrook@zelle.com
Jennifer L. Gibbs
Texas Bar No. 24050656
jgibbs@zelle.com
Tyler J. McGuire
Texas Bar No. 24098080
tmcguire@zelle.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX 75202-3975
Telephone: 214-742-3000
Facsimile: 214-760-8994

**ATTORNEYS FOR DEFENDANTS
NORTHFIELD INSURANCE COMPANY
AND LAURIE MOORE**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this instrument has been served this 25th day of January, 2017, pursuant to the FEDERAL RULES OF CIVIL PROCEDURE, as follows:

David L. Chumbley
State Bar No. 24032069
davidchumbleypc@gmail.com
LAW OFFICES OF DAVID L. CHUMBLEY, P.C.
400 Chisholm Place, Suite 101
Plano, TX 75075
Telephone: 972-516-8808
Facsimile: 972-516-8819
*Counsel for Plaintiff*

Jon Wyatt
State Bar No. 24039250
Jonwyatt77@gmail.com
6006 Worth Street, No. 5
Dallas, TX 75214
Telephone: 972-974-5896
*Local Counsel for Plaintiff*

*/s/ Jennifer L. Gibbs*
Jennifer L. Gibbs