# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| CLINT CLEMENTS AS ASSIGNEE OF VERDUN PROPERTIES, LLC. | § § § | |
| v. | § § | CASE NO. 4:16-cv-710 |
| NORTHFIELD INSURANCE COMPANY AND LAURIE MOORE | § § | |

## ORDER

Came on to be considered this day the Joint Motion to Dismiss with Prejudice (Dkt. #27) jointly filed in this cause by Clint Clements ("Plaintiff") and Northfield Insurance Company and Laurie Moore ("Defendants") (collectively, the "Parties"). After considering the Joint Motion to Dismiss with Prejudice and the agreement of the Parties expressed therein, it is hereby,

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendants are hereby dismissed with prejudice. Costs are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

 **SIGNED this 26th day of January, 2017.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE